ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 3 0 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 31 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>MRS. GONZALES, Warden, California Men's Colony SP,<br><br>    Respondent. | Case No. CV 10-00636 PSG (AN)<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED THAT the Petition is dismissed with prejudice for the reasons set forth in the Court's related Order.

DATED: March 29_, 2010

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE